# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

Marilyn Kelly,
Chief Justice

139416

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MICHELLE A. BALDWIN,
            Plaintiff-Appellant,

v

SC: 139416
COA: 291117
WCAC: 07-000056

AMERICAN AXLE & MANUFACTURING
HOLDILNGS and ZURICH-AMERICAN
INSURANCE COMPANY,
            Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the June 25, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

HATHAWAY, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

_____
Clerk